**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| V. | * | CASE NO. 4:16CR00141-SWW-02 |
| | * | |
| **FRANK LAMONT SHOCKLEY, II** | * | |

## ORDER

On March 24, 2023, the Court held a hearing on the United States' second superseding petition (*Doc. 94*) to revoke the supervised release previously granted Defendant Frank Lamont Shockley, II.[1]  Mr. Shockely was present with his appointed attorney, Edward H. Schieffler, and the United States was represented by

---

[1] On December 16, 2022, the Court held a hearing on the Government's first superseding petition to revoke Mr. Shockley's supervised release (*Doc. 87*). The related violation memo charged that Mr. Shockley had admitted using cocaine the first day of his supervised release, failed to submit urine specimens, and failed to attend mental health and substance abuse treatment appointments. Mr. Shockley stated no objections to the alleged violations, and the Court continued the hearing for a ninety-day period, during which Mr. Shockley was required to participate in residential drug treatment followed by chemical free living. *Doc. 92*.

On January 3, 2023, Mr. Shockely was admitted to inpatient treatment, but on January 24, 2023, he was discharged for noncompliance. On February 6, 2023, Mr. Shockley was arrested for terroristic threatening, disorderly conduct, theft of property, and criminal trespass, charges that are currently pending against him in state court.

On February 29, 2023, the Court scheduled a final hearing for March 10, 2023 on the Government's first superseding petition to revoke (*Doc. 87*), and on March 10, before the hearing began, the United States filed its second superseding petition to revoke (*Doc. 94*), which added violation number 1, alleging that Mr. Shockley committed another federal, state, or local crime on February 6, 2023. *Doc. 94 at 1*. Before the hearing on March 10, Mr. Shockley tested presumptively positive for amphetamine and methamphetamine. The Court remanded Mr. Shockley to the custody of the United States Marsha (*Doc. 96)* and reconvened the final hearing on March 24, 2023.

Assistant United States Attorney Ed Walker.

Mr. Shockely admitted the conduct set forth in violation numbers 2-5 of the second superseding petition, but he denied the conduct set forth in violation number 1, related to criminal charges currently pending against him in state court. The Government stated that it would not go forward on conduct alleged in violation number 1, and the Court found that Mr. Shockley had violated the terms of his supervised release.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant Frank Lamont Shockely, II be, and it is hereby, **REVOKED,** and the Government's second superseding motion (*Doc. 94*) is GRANTED.

IT IS FURTHER ORDERED that Defendant shall serve a term of imprisonment of **TWENTY-ONE (21) MONTHS** in the custody of the Bureau of Prisons, ***with no supervised release to follow***. The Court recommends that Defendant be designated to serve his sentence at the BOP institution in Memphis, Tennessee and that he participate in substance abuse and mental health treatment during his incarceration.

Defendant is remanded to the custody of the United States Marshal.

DATED this 31st day of March, 2023.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE
